IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY D. WILKINS,

          Plaintiff,                  No. CIV S-09-0323 WBS DAD P

    vs.                           Court of Appeals No. 11-17867

T. FREITAS,

          Defendant.         <u>ORDER</u>

_____/

        This matter is before the court on referral from the Court of Appeals for the limited purpose of determining whether forma pauperis status should continue for plaintiff's appeal from this court's judgment of November 10, 2011.  <u>See</u> 28 U.S.C. § 1915(a)(3). Revocation of forma pauperis status on appeal is appropriate where the district court finds the appeal toa be frivolous.  <u>Hooker v. American Airlines</u>, 302 F.3d 1091, 1092 (9th Cir. 2002).

        For the reasons set forth on pages 5-8 of the magistrate judge's findings and recommendations (Docket No. 24), filed October 17, 2011, this court, in adopting those findings and recommendations in their entirety (Docket No. 27), has found plaintiff's federal claim to be frivolous.  Likewise, for the reasons, set forth on pages 8-9 of the magistrate judge's findings and recommendations, the court declined jurisdiction over plaintiff's remaining state law negligence claim under 28 U.S.C. § 1367(a).

1

1    IT IS THEREFORE ORDERED that plaintiff's forma pauperis status be revoked

2   on appeal.  The Clerk is directed to forthwith provide a copy of this Order to the Clerk of the

3   United States Court of Appeals for the Ninth Circuit.

4   DATED:  December 5, 2011

5

6   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26